UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESSE T.S. WELLS,<br><br>        Defendant. | NO. 2:05-CR-00545-EJG<br><br><br><br>ORDER DECLINING TO<br>RELATE CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESSE T.S. WELLS,<br><br>        Defendant and<br>        Debtor.<br><br>CPC LOGISTICS, INC.,<br>(and its Successors and<br>Assignees),<br><br>        Garnishee. | NO. 2:21-MC-00286-WBS-DB |

1

----oo0oo----

The United States has filed a Notice of Related Case under Local Rule 123.  Local Rule 123(c) states:

> If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

However, the judge to whom the earlier case was assigned, Judge Edward J. Garcia, is no longer with the court. Moreover, that case has been closed and no action is presently required in it.  Under this procedural posture, the undersigned will take no action with respect to the Notice of Related Case.

IT IS SO ORDERED.

Dated:   January 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2